jurisdiction noted.

No. 74–1110.  EASTERN KENTUCKY WELFARE RIGHTS ORGANIZATION ET AL. *v.* SIMON, SECRETARY OF THE TREASURY, ET AL.; and

No. 74–1124.  SIMON, SECRETARY OF THE TREASURY, ET AL. *v.* EASTERN KENTUCKY WELFARE RIGHTS ORGANIZATION ET AL.  C. A. D. C. Cir.  Certiorari granted. Cases consolidated, and a total of one hour allotted for oral argument.

No. 74–896.  BURLINGTON NORTHERN, INC. *v.* AMERICAN RAILWAY SUPERVISORS ASSN. ET AL.  C. A. 7th Cir. Certiorari denied.

No. 74–1006.  LEWIS ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 74–1030.  WILSON *v.* OREGON STATE BAR ET AL. Sup. Ct. Ore.  Certiorari denied.

No. 74–1052.  HUNT ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–1075.  DEVITT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 74–1080.  LANCASTER ET AL. *v.* UNITED STATES; and

No. 74–1114.  DEL PIETRO *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 74–1100.  BRADY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.